UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24860-CIV-MORENO

ALEJANDRO PARRA,

      Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,

      Defendant.
_____/

### ORDER DIMISSING EQUIFAX INFORMATION SERVICES, LLC

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement as to Defendant Equifax Information Services, LLC Only **(D.E. 12)**, filed on **January 17, 2024**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** as to Equifax Information Services, LLC.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of January 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record