UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 23-24860-CIV-MORENO**

ALEJANDRO PARRA,

        Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS
INC., TRANS UNION LLC, AND
JPMORGAN CHASE & CO.,

        Defendants.

_____/

## ORDER OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS INC.

THIS CAUSE came before the Court upon Notice of Settlement as to Experian Information Solutions Inc. **(D.E. 17)**, filed on **February 2, 2024**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of February 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record