UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24860-CIV-MORENO

ALEJANDRO PARRA,

      Plaintiff,

vs.

TRANS UNION LLC, AND JPMORGAN
CHASE BANK, N.A.,

      Defendants.
_____/

### ORDER DISMISSING CASE AS TO JPMORGAN CHASE

THIS CAUSE came before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice as to Defendant JP Morgan Chase (**D.E. 24**), filed on **May 21, 2024**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice as to Defendant JP Morgan Chase Bank, N.A., with each party bearing its own fees and costs. The case remains OPEN.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of May 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record