UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24860-CIV-MORENO

ALEJANDRO PARRA,

      Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS
INC., TRANS UNION LLC, AND
JPMORGAN CHASE & CO.,

      Defendants.
_____/

## ORDER DISMISSING CASE AS TO TRANS UNION LLC AND FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

      THIS CAUSE came before the Court upon the Joint Stipulation of Voluntary Dismissal with Prejudice as to Defendant Trans Union LLC (**D.E. 26**), filed on **July 19, 2024**.

      THE COURT has considered the notice and the pertinent portions of the record and is otherwise fully advised in the premises. It is

      **ADJUDGED** that this Cause is **DISMISSED** with prejudice as to Trans Union LLC, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court reserves jurisdiction for six months to enforce the terms of the settlement. Further, all pending motions are **DENIED** as **MOOT** with leave to renew if appropriate.

      DONE AND ORDERED in Chambers at Miami, Florida, this 6 of August 2024.

                                                    _____
                                                    FEDERICO A. MORENO
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record